IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY D. KOACH,** | : | **CIVIL ACTION NO. 1:13-CV-1679** |
| | : | |
| Plaintiff, | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **LLOYD-SILBER PROSTHETICS, INC.**, and **STEVEN YOHE,** | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 19th day of February, 2014, upon consideration of plaintiff's motion (Doc. 11) for sanctions against defendants pursuant to Federal Rule of Civil Procedure 37 for failure to respond to certain of plaintiff's discovery requests, and the court's order (Doc. 14) granting plaintiff an award of attorneys' fees pursuant to Rule 37 but holding the motion in abeyance pending a hearing to the extent plaintiff sought additional sanctions, and, following a hearing conducted on today's date, the court concluding that no additional sanctions are warranted, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 11) for sanctions is DENIED to the extent plaintiff seeks sanctions beyond those identified in the court's order (Doc. 14) dated January 24, 2014.

2. Plaintiff shall forthwith provide to defendants a precise list of all tax return attachments sought in connection with plaintiff's discovery request.

3. Within thirty (30) days of today's date, defendants shall prepare and serve a formal response to plaintiff's discovery request and shall produce to plaintiff the requested statements of benefits for plan years ending September 30, 2006; September 30, 2007; and September 30, 2008.

4. The parties are specifically directed to meet and confer with respect to any discovery dispute arising in the future prior to requesting judicial intervention.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania